**Slip Op. 02-53**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

```
_____
                                         :
PEER BEARING COMPANY,                    :
                                         :
         Plaintiff and                   :
         Defendant-Intervenor,           :
                                         :
         v.                              :
                                         :
UNITED STATES,                           :
                                         :
         Defendant,                      :    Consolidated
                                         :    Court No. 97-03-00419
THE TIMKEN COMPANY,                      :
                                         :
         Defendant-Intervenor and        :
         Plaintiff,                      :
                                         :
         and                             :
                                         :
L & S BEARING COMPANY;                   :
SHANGHAI GENERAL BEARING CO., LTD.,      :
                                         :
         Defendant-Intervenors.          :
_____:
```

**JUDGMENT**

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") <u>Final Results of Redetermination Pursuant to Court Remand: Administrative Review of the Antidumping Duty Order on Tapered Roller Bearings and Parts Thereof, Finished and Unfinished, from the People's Republic of China</u> ("<u>Remand Results</u>"), issued pursuant to the Court's order in <u>Peer Bearing Co. v. United States</u>, 25 CIT ___, 182 F. Supp. 2d 1285 (2001), and the responses by The Timken Company and Peer Bearing Company, and Commerce having

complied with the Court's remand, it is hereby

**ORDERED** that the Remand Results filed by Commerce on March 26, 2002, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

 

 

 

_____
                          NICHOLAS TSOUCALAS
                          SENIOR JUDGE


Dated:      June 5, 2002
            New York, New York